**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEVO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUTAMAX(TM) ADVANCED BIOFUELS )<br>LLC, and E. I. DU PONT DE NEMOURS AND )<br>COMPANY, )<br>)<br>Defendants. ) | C.A. No.  12-70-SLR<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, subject to the approval of the Court, that all claims asserted by Gevo, Inc. ("Gevo") against Butamax™ Advanced Biofuels LLC ("Butamax") and E.I. DuPont de Nemours and Company ("DuPont") in this action, and all counterclaims asserted by Butamax and DuPont against Gevo in this action, are hereby dismissed in their entirety, **WITHOUT PREJUDICE**, with each side to bear their own costs and fees of this action;

IT IS FURTHER STIPULATED AND AGREED, that Gevo shall not assert United States Patent No. 8,101,808 (the "'808 patent"), the patent-in-suit in this action, against Butamax, DuPont, or their affiliates, partners or licensees, until a final Certificate of Reexamination is issued by the United States Patent and Trademark Office, stemming from Inter Partes Reexamination Control No. 95/000,666, with Butamax and DuPont reserving the right to assert all available claims and defenses in the event of any such future assertion of the '808 patent by Gevo.

Dated:  May 6, 2013

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Thomas C. Grimm | By: /s/ Bindu A. Palapura |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Jeremy A. Tigan (#5239) | David E. Moore (#3983) |
| 1201 N. Market Street | Bindu A. Palapura (#5370) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1347 | 1313 N. Market Street |
| Tel: (302) 658-9200 | Wilmington, DE 19801 |
| tgrimm@mnat.com | Tel: (302) 984-6000 |
| jtigan@mnat.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |

OF COUNSEL:

Stephen C. Neal
Michelle S. Rhyu
Benjamin G. Damstedt
Daniel J. Knauss
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000

James P. Brogan
Carolyn V. Juarez
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Tel: (720) 566-4000

Adam M. Pivovar
Tryn T. Stimart
COOLEY LLP
777 6th Street NW
Washington, DC 20001
Tel: (202) 842-7000

*Attorneys for Plaintiff*

Right column:

*Attorneys for Defendants Butamax™ Advanced Biofuels LLC and E.I. du Pont de Nemours and Company*

OF COUNSEL:

Leora Ben-Ami
Christopher T. Jagoe
Thomas F. Fleming
Patricia A. Carson
Daniel Forchheimer
Peter B. Silverman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4600

*Attorneys for Defendant Butamax™ Advanced Biofuels LLC*

IT IS SO ORDERED this ____ day of May ___, 2013

_____
United States District Judge

2

1104899 / 36429